1 | MENTER & WITKIN LLP
TIMOTHY S. MENTER, Nevada Bar No. 7091
2 | 19900 MacArthur Boulevard, Suite 800
Irvine, CA 92612
3 | Tel: (949) 250-9000
Fax:(949) 250-9045
4 | Email: tmenter@menterwitkinlaw.com

5 | MADDOX, ISAACSON & CISNEROS, LLP
TROY L. ISAACSON, Nevada Bar No. 6690
6 | 3811 West Charleston Boulevard, Suite 110
Las Vegas, NV 89102
7 | Tel: (702) 366-1900
Fax: (702) 366-1999
8 | Email: tisaacson@mic-law.com

9 | Attorneys for Defendant First Light
Howeowners Association

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST LIGHT HOMEOWNERS ASSOCIATION, a Nevada corporation, NICKLIN PROPERTY MANAGEMENT, a Nevada corporation, LUIS AUSTIN, an Individual, and ROGER EISEL, an individual,<br><br>Defendants. | CASE NO.:   2:16-cv-00182-APG-VCF |

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE ITS RESPONSE TO PLAINTIFF'S COMPLAINT**
**(FIRST REQUEST)**

COMES NOW, Defendant FIRST LIGHT HOMEONWERS ASSOCIATION, ("First Light") a Nevada corporation, by and through its undersigned counsel, and hereby submits this

1

Stipulation to Extend Deadline for Defendant First Light to File Its Response to Plaintiff's Complaint for Declaratory Relief from February 26, 2016 to March 22, 2016. Additionally, Plaintiff and First Light stipulate that the deadline for Nicklin Property Management, Luis Austin and Roger Eisel to respond to Plaintiff's Complaint is also extended from February 26, 2016 to March 22, 2016.

Dated this 22nd day of February, 2016

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

*/s/ John H. Podesta*
John H. Podesta
Nevada Bar No.: 7487
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
Attorneys for Plaintiff

Dated this 22nd day of February, 2016

MENTER & WITKIN LLP

*/s/ Timothy S. Menter*
Timothy S. Menter
Nevada Bar No.: 7091
19900 MacArthur Boulevard, Suite 800
Irvine, CA 92612
Attorneys for First Light Homeowners Association

## **ORDER**

IT IS SO ORDERED.

DATED: February 23, 2016

_____
Cam Ferenbach
United States Magistrate Judge