**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

CERTAIN UNDERWRITERS AT LLOYD'S LONDON,

          Plaintiff,

vs.

FIRST LIGHT HOMEOWNERS ASSOCIATION, *et al.*,

          Defendants.

2:16-cv-00182-APG-VCF

**ORDER**

Before the court is *Certain Underwriters at Lloyd's London v. First Light Homeowners Association*, case no. 2:16-cv-00182-APG-VCF.  A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

IT IS HEREBY ORDERED that a discovery hearing is scheduled for 10:00 a.m., June 2, 2016, in courtroom 3D.  The hearing will be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

Dated this 10th day of May, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE