KYM S. CUSHING, ESQ., Nevada Bar No. 4242
Email: kym.cushing@wilsonelser.com
JOHN H. PODESTA, ESQ., Nevada Bar No. 7487
Email: john.podesta@wilsonelser.com
DOUGLAS M. ROWAN, ESQ., Nevada Bar No.
Email: douglas.rowan@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
Telephone: (702)727-1400
Facsimile:  (702) 727-1401
Attorneys for Plaintiff,
Certain Underwriters at Lloyd's, London

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA, LAS VEGAS DIVISION

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,<br><br>                 Plaintiff<br>      vs.<br><br>FIRST LIGHT HOMEOWNERS ASSOCIATION, et al.,<br><br>                 Defendants. | CASE NO. 2:16-cv-00182-APG-VCF<br><br>**ORDER** |

**STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE and ORDER THEREON FRCP 41(A)(2)**

It is hereby stipulated by and between plaintiffs, Certain Underwriters at Lloyd's, London, and defendants, First Light Homewoners Association, a Nevada corporation, Nicklin Property Management, a Nevada corporation, Louis Austin, an individual and Roger Eisel, an individual,

. . .

. . .

. . .

---

1
STIPULATION OF DISMISSAL WITH PREJUDICE
1561433v.1

through their counsel of record, that the complaint on file herein shall be dismissed with prejudice, the parties having resolved this matter in its entirety. Each party shall bear its own fees and costs.

DATED: May 13, 2016

DATED: May 4, 2016

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

**MADDOX, ISAACSON & CISNEROS, LLP**

By: */s/ John H. Podesta*
KYM S. CUSHING, ESQ.
Nevada Bar No. 4242
JOHN H. PODESTA, ESQ.
Nevada Bar No. 7487
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
Attorneys for Plaintiff,
CERTAIN UNDERWRITERS AT LLOYD's, LONDON

By: */s/ Troy Isaacson*
TROY L. ISAACSON, ESQ.
Nevada Bar No. 6690
11920 Southern Highlands Parkway
Suite 100
Las Vegas, NV 89141
Attorneys for Defendants,
FIRST LIGHT HOMEOWNERS ASSOCIATION, a Nevada corporation, NICKLIN PROPERTY MANAGEMENT, a Nevada corporation, LOUIS AUSTIN, an Individual, and ROGER EISEL, an individual

DATED: May 4, 2016

**MENTER & WITKIN LLP**

By: */s/ Timothy Menter*
TIMOTHY S. MENTER, ESQ.
Nevada Bar No. 7091
19900 MacArthur Boulevard, Suite 800
Irvine, CA 92612
Attorneys for Defendants,
FIRST LIGHT HOMEOWNERS ASSOCIATION, a Nevada corporation, NICKLIN PROPERTY MANAGEMENT, a Nevada corporation, LOUIS AUSTIN, an Individual, and ROGER EISEL, an individual

## **ORDER**

SO ORDERED.

Dated:  May 16, 2016.

_____
UNITED STATES DISTRICT JUDGE